IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2006 DEC 19 P 2: 03
CLERK_____
SO. DIST. OF GA.

| | |
|---|---|
| MYRA DANETTE HENDRIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) 2:06-CV-00187-AAA |
| ROGERS CARTAGE COMPANY, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, Plaintiff Myra Danette Hendrix and Defendant Rogers Cartage Company, through the undersigned counsel, hereby stipulate to the dismissal with prejudice of the above-captioned lawsuit, with each party to bear its own costs, including attorneys' fees.

Respectfully submitted this 19th day of December 2006.

FOR THE PLAINTIFF:

LAW OFFICE OF BRAD S.
   MCLELLAND, P.C.
1601 Reynolds Street
Brunswick, GA 31520
(912) 265-4000

Brad S. McLelland
Georgia Bar No. 496898

Counsel for Plaintiff
Approved by: _____

This 20 day of December, 2006.

2

FOR THE DEFENDANT:

*/s/ C. Garner Sanford, Jr.*

OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
600 Peachtree St., N.E., Suite 2100
Atlanta, GA 30308
(404) 881-1300
(404) 870-1732 FAX

C. Garner Sanford, Jr.
Georgia Bar No. 005020
Michael Oliver Eckard
Georgia Bar No. 238550

Counsel for Defendant