AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

MYRA DANETTE HENDRIX

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV206-187

ROGERS CARTAGE COMPANY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered December 20, 2006, that claims of plaintiff,

MYRA DANETTE HENDRIX, against defendant, ROGERS CARTAGE COMPANY,

are dismissed with prejudice.

| | |
|---|---|
| 12/20/2006 | Scott L. Poff |
| Date | Clerk |
| | *(signature)* |
| | (By) Deputy Clerk |

GAS Rev 10/1/03